UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JITRADE, INC. a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DESIGN OF DK, INC. d/b/a CUBE PLUS, a California Corporation; YONG WOO KIM, an individual; CICINDELAE, INC. d/b/a ORANGE SHINE, a California Corporation; DO GI KIM, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-03034-SVW-JEM<br><br>**JUDGMENT**<br><br>*Assigned to Hon. Stephen V. Wilson* |

On September 28, 2018, Defendants CICINDELAE, INC. and DO GI KIM (collectively referred as "Defendants") served an offer of judgment to Plaintiff JITRADE, INC. ("Plaintiff") in the sum of 2,601.00, to resolve all claims alleged in Plaintiff's Complaint, plus the amount of costs accrued to date, not including attorneys' fees, in favor of the plaintiff. Plaintiff accepted the offer of judgment on October 5, 2018.

On October 5, 2018, Plaintiff filed its Notice of Offer of Judgment and Acceptance pursuant to FRCP 68.

Accordingly, IT IS HEREBY ADJUDGED that Plaintiff JITRADE, INC. shall recover from Defendants in the sum of two thousand six hundred and one dollars ($2,601.00), plus the amount of costs accrued to date, not including attorneys' fees, in favor of the plaintiff.

Plaintiff may file a bill of costs and a motion for attorney fees within 30 days from the issuance of the judgment.

Dated: October 24, 2018

_____
Honorable Stephen V. Wilson
United States District Court